IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL GEORGE                    :        CIVIL ACTION

v.                               :

                                 :        NO. 16-5285
CAROLYN W. COLVIN

## ORDER

AND NOW, this 11th day of October 2016, upon Motion and Statement in support of Request to Proceed In Forma Pauperis, it appearing to the Court that Darryl George is unable to pre-pay the filings fees and costs, it is **ORDERED** that:

1. Plaintiff is **GRANTED** leave to proceed in forma pauperis.

2. The complaint is to be filed and summons is to be issued.

3. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and complaint upon the defendant at no cost to the plaintiff.

_____
JEFFREY L. SCHMEHL, J.

IFP/SSI ORDER